Return to:
The 5th Court of Appeals at Dallas, Texas
600 Commerce Street
Dallas, Tx. 75202

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 2 5 2015

Abel Acosta, Clerk

05-13-01053-CR

FILED IN
COURT OF CRIMINAL APPEALS

JUN 2 5 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| PHILLIP PITTS | § | IN THE 5TH |
| vs. | § | COURT OF APPEALS |
| STATE OF TEXAS | § | DALLAS COUNTY, TEXAS |

## Pro se Motion for Extension of Time to File PDR
## To the Honorable Justices of Said Court:

On May 5, 2014, appellant's appointed counsel filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967). On May 19, 2015 this Court rendered an opinion against this Appellant.

Phillip Pitts, appellant, desires to file a Pro Se Petition for Discretionary Review moves this court to provide him with an extension of time and notice that he is allowed to proceed Pro Se in order to be allowed access to the law library in my current Unit. I have been provided a copy of my record by Appellate Counsel.

Appellant requests an extension of time of 60 days from the date he/she receives the grant to file a pro se response to counsel's *Anders* brief.

RECEIVED
Court of Appeals

JUN 1 9 2015

Lisa Matz
Clerk, 5th District

Respectfully submitted,

_[signature]_

Pro se